IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20056-Ma

JOHN WEST NELSON, JR.,

    Defendant.

ORDER DENYING MOTION TO TRAVEL

Before the court is defendant John West Nelson, Jr.,'s motion requesting permission to travel outside the Western District of Tennessee. The court finds that the motion is not well taken. Neither defendant nor his counsel has conferred with counsel for the government or defendant's pretrial officer. The motion is therefore denied.

It is so ORDERED this 5th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 447 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT